

**Entered on Docket
September 14, 2009**



_____
**Hon. Mike K. Nakagawa
United States Bankruptcy Judge**
_____

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone:  702 258-8200
Fax:  702 258-8787
bk@wildelaw.com

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

America's Servicing Company
08-73073 / 1205035867

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| In Re: | 08-14016-mkn |
|---|---|
| Jose Antonio Casas and Scarlett Alicia Casas | Motion no.<br>Date:  2/25/09<br>Time:  1:30 p.m. |
| Debtors. | Chapter 13 |

**ORDER VACATING AUTOMATIC STAY**

Pursuant to the Declaration re Breach of Condition filed on August 13, 2009 and Debtors failure to cure the default prior to its expiration, and good cause appearing.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceeding is immediately vacated and extinguished for all purposes as to Secured Creditor, America's Servicing Company its assignees and/or successors in interest, and Secured Creditor may proceed with a foreclosure of and hold a Trustee's Sale of the subject property, generally described as 8000 Celebreeze Ct. , Las Vegas NV and legally described as follows:

Lot Forty (40) Block One (1) of CELEBRATION VI, as shown by Map thereof on file in Book 64 of Plats, page 96, in the office of the County Recorder of Clark County, Nevada.

pursuant to applicable State Laws, and thereafter commence any action necessary to obtain complete possession of the subject property.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtors at least five business days' notice of the time, place and date of sale.**

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Secured Creditor hereby withdraws its secured Proof of Claim filed in this matter.  The Secured Creditor shall notify the Trustee of the completion of the foreclosure sale.  If applicable, Secured Creditor may thereafter amend its secured Proof of Claim to an unsecured Proof of Claim no later than forty-five (45) days after the foreclosure sale.

DATED this _____ day of _____, 2009.

Submitted by:
Wilde & Associates

/s/ Gregory L. Wilde
By_____
**GREGORY L. WILDE, ESQ.**
Attorney for Secured Creditor
208 South Jones Boulevard
Las Vegas, Nevada 89107